JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
James Mark Faughn ;
1 Citizen of This State;
**County of Residence:** Outside This District

Additional Plaintiff(s):
Terrie Lynn Faughn ;
1 Citizen of This State;

Thomas Charles McIntyre ;
1 Citizen of This State;

Debbie Wolters McIntyre ;
1 Citizen of This State;

Marvin L Glass ;
1 Citizen of This State;

Carolyn S Glass ;
1 Citizen of This State;

Roger A. Sparks ;
1 Citizen of This State;

**Defendant(s):**

First Listed Defendant:
JPMorgan Chase Bank, N.A. ;
2 Citizen of Another State;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Rick Holtsclaw (James Faughn)
Holtsclaw Firm
2029 Wyandotte St., Ste. 100
Kansas City, Missouri 64108
**Phone:** 816-221-2555
**Fax:** 816-221-2508
**Email:** rick@holtsclawfirm.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 2 Citizen of Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 370 Fraud Actions

**Cause of Action:** Aiding and Abetting Common Law Fraud; Conspiracy

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Rick Holtsclaw

**Date:** 3/11/2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.